ERIK A. OLSON [8479]
EOLSON@MOHTRIAL.COM
JASON R. HULL [11202]
JHULL@MOHTRIAL.COM
**MARSHALL OLSON & HULL**
NEWHOUSE BUILDING
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655
FAX: 801.456.7656

ATTORNEYS FOR ALARM PROTECTION, LLC, ALARM
PROTECTION TEXAS, LLC, ALARM PROTECTION UTAH, LLC,
ALARM PROTECTION ALABAMA, LLC, ALARM PROTECTION
ALASKA, LLC, ALARM PROTECTION ARKANSAS, LLC,
ALARM PROTECTION CALIFORNIA, LLC, ALARM
PROTECTION FLORIDA, LLC, ALARM PROTECTION
KENTUCKY, LLC, ALARM PROTECTION MISSISSIPPI, LLC,
AND ALARM PROTECTION TENNESSEE, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| VIVINT, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALARM PROTECTION, LLC, a Utah limited liability company; ALARM PROTECTION ALABAMA, LLC, a Utah limited liability company; ALARM PROTECTION ALASKA, LLC, a Utah limited liability company; ALARM PROTECTION ARKANSAS, LLC, a Utah limited liability company; ALARM PROTECTION CALIFORNIA, LLC, a Utah limited liability company; ALARM PTOTECTION FLORIDA, LLC, a Utah limited liability company; ALARM PROTECTION KENTUCKY, a Utah limited liability company; | **RESPONSE TO VIVINT'S MOTION TO DISMISS THE THIRD, FOURTH, FIFTH AND SIXTH CAUSES OF ACTION IN ALARM PROTECTION'S COUNTERCLAIM**<br><br>Case No. 2:14-cv-00441-CW |

| | |
|---|---|
| ALARM PROTECTION MISSISSIPPI, LLC, a Utah limited liability company, ALARM PROTECTION TENNESSEE, LLC, a Utah limited liability company, ALARM PROTECTION TEXAS, LLC, a Utah limited liability company; ALARM PROTECTION UTAH, LLC, a Utah limited liability company; ADAM SCHANZ, an individual, and DOES 1–10, | |
| Defendants. | |

The AP Defendants submit this response to Vivint's Motion to Dismiss the Third, Fourth, Fifth and Sixth Causes of Action in Alarm Protection's Counterclaim (the "Motion").

## RESPONSE

The AP Defendants submit to the Court that Vivint's Motion is now moot. Pursuant to Rule (a)(1)(B) of the Federal Rules of Civil Procedure, on March 14, 2015, within 21 days of the filing of Vivint's motion, including three additional days for electronic service, the AP Defendants submitted an Amended Answer and Amended Counterclaim (Dkt. 24). In their Amended Counterclaim, the AP Defendants submitted approximately 30 additional paragraphs providing detail as to the specific false statements made by Vivint representatives to the AP Defendants' customers. The addition of these allegations moot Vivint's arguments as to the AP Defendants' defamation and Lanham Act claims because such claims are plead with specificity. Additionally, the AP Defendants voluntarily removed their claims for common law unfair competition and common law unfair competition, deceptive advertising and unfair trade practices. With the AP Defendants' original counterclaim having been amended as a matter of right, Vivint's Motion is moot and should be denied without further consideration.

## CONCLUSION

Because the AP Defendants have amended their counterclaim to overcome any alleged deficiency argued by Vivint, Vivint's motion to dismiss should be denied as moot.

DATED this 21ˢᵗ day of March, 2016.

MARSHALL OLSON & HULL, P.C.

By:     /s/ Jason R. Hull
        ERIK A. OLSON
        JASON R. HULL

ATTORNEYS FOR ALARM PROTECTION, LLC, ALARM PROTECTION TEXAS, LLC, ALARM PROTECTION UTAH, LLC, ALARM PROTECTION ALABAMA, LLC, ALARM PROTECTION ALASKA, LLC, ALARM PROTECTION ARKANSAS, LLC, ALARM PROTECTION CALIFORNIA, LLC, ALARM PROTECTION FLORIDA, LLC, ALARM PROTECTION KENTUCKY, LLC, ALARM PROTECTION MISSISSIPPI, LLC, AND ALARM PROTECTION TENNESSEE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2016, a true and correct copy of the

foregoing **RESPONSE TO VIVINT'S MOTION TO DISMISS THE THIRD, FOURTH,**

**FIFTH AND SIXTH CAUSES OF ACTION IN ALARM PROTECTION'S**

**COUNTERCLAIM** was served by the method indicated below, to the following:

Matthew A. Steward                    (X)    Electronic CM/ECF Notification
Timothy R. Pack                       ( )    U.S. Mail, Postage Prepaid
Shannon K. Zollinger                  ( )    Hand Delivered
Clyde Snow & Sessions                 ( )    Overnight Mail
One Utah Center, 13th Floor           ( )    Facsimile
201 South Main Street
Salt Lake City, Utah 84111-2216

                                      /s/ Jason R. Hull